2008R01365
EWM/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Honorable Jose L. Linares, U.S.D.J. |
| --- | --- |
| *Plaintiff,* v. | Criminal No. 10-21 |
| JOSEPH CARDWELL | FINAL ORDER OF FORFEITURE |
| *Defendant.* | |

**WHEREAS**, on January 20, 2010, the United States filed an Indictment, Criminal No. 10-21 (JLL), against Joseph Cardwell (hereinafter the "Defendant"), charging him with a violation of 18 U.S.C. § 666(a)(2); and

**WHEREAS**, on March 1, 2011, the Defendant pled guilty to the one-count Indictment and entered into a Plea Agreement with the United States wherein he agreed, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to forfeit $31,500.00 in United States currency (hereinafter the "Property") to the United States, as property that constitutes or is derived from proceeds traceable to his violation of 18 U.S.C. § 666(a)(2); and

**WHEREAS**, on March 1, 2011, the Court entered a Consent Judgment and Preliminary Order of Forfeiture wherein the Defendant consented to the forfeiture of the Property to the United States of America pursuant to the provisions of 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), and to pay $31,500.00 to the United States of America prior to sentencing; and

**WHEREAS**, on or about August 25, 2011, the United States Marshals Service received Provident Bank check number 1955 from Joseph Cardwell,

drawn on the account of CTI Group, Inc. and payable to the U.S. Marshal Service in the amount of $31,500.00; and.

**WHEREAS**, pursuant to 21 U.S.C. § 853(n)(1) as incorporated through 28 U.S.C. § 2461(c) and in accordance with Rule 32.2 of the Fed. R. Crim. P., a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on November 1, 2011, and running for thirty consecutive days through November 30, 2011 (*See* Moran Declaration Exhibit A); and

**WHEREAS**, no claims have been filed against the Property within the time permitted; and

**WHEREAS** good and sufficient cause has been shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against the $31,500.00 received from Joseph Cardwell on or about August 25, 2011; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p); and

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 12th day of Jan., 2012.

HONORABLE JOSE L. LINARES
United States District Judge